## SECOND DEPARTMENT, JULY, 1918.

THEODORE L. EARLE, Respondent, Appellant, v. HESTER RENWICK EARLE, Appellant, Respondent, and F. YOULDEN COWLE, Answering Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

LEWIS B. HAMILTON, as Executor, etc., Respondent, v. ELIZABETH H. MUNCIE and EDWARD H. MUNCIE, Appellants, and Others, Defendants.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

FINN HANNEVIG, Respondent, v. EQUITABLE TRUST COMPANY OF NEW YORK, Defendant, and HERDIS SAILING SHIP COMPANY, INC., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

In the Matter of Proving the Last Will and Testament of MARTHA ANNA BARLOW, Deceased, etc.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of SOPHIE K. BLANKEMEYER, Deceased, etc.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of HAROLD P. WOERTENDYKE for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PHILIP MOHR, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

REALTY ASSOCIATES, Respondent, v. THE CITY OF NEW YORK and WILLIAM BRADLEY, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

JOSEPH SCHOENBAUM and Others, as Trustees, etc., Appellants, v. RUDOLPH REIMER, JR., Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

TOWN OF BROOKHAVEN, Respondent, v. SAMUEL F. ROBINSON, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

JOHN W. BARNES, Respondent, v. BERTRAND L. TAYLOR and NELLIE C. TAYLOR, Appellants.— Order modified by adding the following requirements, namely, that plaintiff furnish in the bill of particulars (a) a detailed statement of the work done and materials furnished not claimed by plaintiff to be extra or additional, and the cost thereof; (b) the dates when the alleged items of extra work were done; (c) the names and addresses of the parties who furnished to plaintiff the said labor and materials of either of said classes; (d) demand No. 49 in the notice of motion; and (e) demand No. 50 therein. As so modified the order is affirmed, without costs. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.